IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| LAQUINTA DAWANDA SIMON,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | No. 1:21-CV-556<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING APPLICATION FOR ATTORNEY'S FEES

Before the Court is the Plaintiff's Application for Attorney Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. [Dkt. 22.] The Commissioner's response stated that she was unopposed to the requested fee. [Dkt. 24.] Judge Stetson recommended that the Court grant the Plaintiff's application, and neither party filed objections to her Report and Recommendation. It is therefore

ORDERED that the Report and Recommendation Regarding Attorney Fees is ADOPTED. It is further

ORDERED that the Plaintiff's application for attorney's fees [dkt. 22] is GRANTED and the Commissioner of Social Security shall pay Laquinta Dawanda Simon, in care of her attorney, Howard D. Olinsky, an attorney fee in the amount of $4,979.41. This amount includes fees and compensation for 20.2 hours of service at $125.00 per hour, plus an adjustment for increased costs of living consistent with the Consumer Price Index for the relevant time periods, as well as 5.5 paralegal hours at the rate of $100 per hour. The court directs that the award be mailed to Laquinta Dawanda Simon, in care of her attorney, Howard D. Olinsky, at his office address, Olinsky Law Group, 250 S. Clinton St., Suite 210, Syracuse, NY 13202. It is further

1

ORDERED that this award is subject to any beneficial, contractual and/or assignment-based interests held by the Plaintiff's attorney. If successful at the administrative level, the Plaintiff is granted an extension of sixty days from receipt of the Notice of Award from the Social Security Administration to file a motion for attorney's fees under 42 U.S.C. § 406(b).

**SIGNED this 6th day of February, 2023.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge